UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL LEE GOLDSTEIN,<br><br>Plaintiff,<br><br>v.<br><br>GEORGINA BARAJAS, et al.,<br><br>Defendants. | Case No. 22-cv-03277-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED COMPLAINT**<br><br>Re: Dkt. No. 4 |

Good cause being shown, Plaintiff's request for an extension of time to file his amended complaint is GRANTED. Dkt. No. 4. Plaintiff shall file his amended complaint by August 19, 2022. Failure to file an amended complaint within the time provided in this order will result in dismissal of this action without further notice to Plaintiff.

This order terminates Dkt. No. 4.

**IT IS SO ORDERED.**

Dated:   7/1/2022

*Haywood S. Gilliam, Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge