UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL LEE GOLDSTEIN,<br><br>   Plaintiff,<br><br> v.<br><br>GEORGINA BARAJAS, et al.,<br><br>   Defendants. | Case No. 22-cv-03277-HSG<br><br>**ORDER OF DISMISSAL** |

Plaintiff Darryl Lee Goldstein has filed a *pro se* action pursuant to 42 U.S.C. § 1983. On June 17, 2022, the Court dismissed the complaint with leave to amend because it failed to state a cognizable federal constitutional claim. Dkt. No. 3. Plaintiff was granted leave to amend the complaint to address the identified deficiency and ordered to file an amended complaint by July 15, 2022. Dkt. No. 3. Plaintiff has not filed an amended complaint, and the deadline to do so has long since passed. Accordingly, this action is DISMISSED without prejudice for failure to file an amended complaint.[1] The Clerk shall enter judgment in favor of Defendants and against Plaintiff, and close the case.

**IT IS SO ORDERED.**

Dated: 8/24/2022

                *Haywood S. Gilliam, Jr.*
                HAYWOOD S. GILLIAM, JR.
                United States District Judge

---

[1] Any motion to reopen this action must be accompanied by a proposed amended complaint.