UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL LEE GOLDSTEIN,<br><br>Plaintiff,<br><br>v.<br><br>GEORGINA BARAJAS, et al.,<br><br>Defendants. | Case No. 22-cv-03277-HSG<br><br>**ORDER DENYING AS MOOT REQUEST FOR ADDITIONAL TIME TO FILE AMENDED COMPLAINT**<br><br>Re: Dkt. No. 8 |

Plaintiff Darryl Lee Goldstein has filed a *pro se* action pursuant to 42 U.S.C. § 1983. On June 17, 2022, the Court dismissed the complaint with leave to amend because it failed to state a cognizable federal constitutional claim. Dkt. No. 3. On August 24, 2022, the Court dismissed without prejudice for failure to file an amended complaint. Dkt. Nos. 6, 7. Plaintiff has since filed a request for an extension of time to file his amended complaint. Dkt. No. 8. This request is DENIED as moot because the action has been dismissed. However, because the dismissal is without prejudice, Plaintiff may file a motion requesting that the Court reopen this case. Plaintiff must attach a proposed amended complaint to the motion to reopen this case. Currently, there is no operative complaint in this case, and the Court cannot reopen a case that has no operative complaint. The Clerk of the Court shall include two copies of the court's civil rights complaint form with a copy of this order.

This order terminates Dkt. No. 8.

**IT IS SO ORDERED.**

Dated: 9/6/2022

_Haywood S. Gilliam Jr._
HAYWOOD S. GILLIAM, JR.
United States District Judge